ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
       wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELDER CREEK TRANSFER & RECOVERY INC.,<br><br>    Defendant. | Case No. 2:19-cv-01934-MCE-CKD<br><br>**NOTICE OF RELATED CASE**<br><br>Local Rule 123 |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

**WHEREAS**, on July 13, 2019, believing that more than 60 days had passed since Plaintiff served the Notice Letter on Defendant, CSPA filed a complaint against Elder Creek Transfer & Recovery Inc., Ryan Byrd, and Tony Cincotti.

**WHEREAS**, pursuant to Fed. R. Civ. Proc. 6(a)(1)(C), if the last day of the time period, in this case the 60-day notice period, is a Saturday, Sunday, or holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or holiday.

**WHEREAS**, July 13, 2019 was a Saturday, and therefore the 60-day notice period ended on July 15, 2019.

**WHEREAS**, on July 24, 2019 and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, the Court dismissed case 2:19−CV−01310−TLN−CKD without prejudice.

**WHEREAS**, on July 23, 2019, Plaintiff issued a new Clean Water Act 60-day Notice Letter to Defendant Elder Creek Transfer & Recovery Inc. alleging many of the same violations of the Clean Water Act it alleged in its May 13, 2019 Notice Letter.

**WHEREAS**, on September 23, 2019, 61 days after the July 23, 2019 Notice Letter was issued, CSPA essentially refiled its complaint in this court against Defendant Elder Creek Transfer & Recovery Inc.

**WHEREAS**, both actions involve the same parties (except for two individuals who are not defendants in the second action) and are based on the same or similar claims. Specifically, the actions involve Defendant Elder Creek Transfer & Recovery, Inc.'s violations of the General Permit and the Clean Water Act. Pursuant to Local Rule 123(a)(1), these matters are considered related cases.

**WHEREAS**, Local Rule 123(d) states that "[i]f and action is dismissed and it, or one essentially the same, is refiled, it shall be assigned to the same Judge and Magistrate Judge."

**THEREFORE**, Plaintiff respectfully requests, pursuant to Local Rules 123(a)(1) and 123(d), that this Court relate the complaint filed in *California Sportfishing Protection Alliance v. Elder Creek Transfer & Recovery, Inc.*, Case No. 2:19-cv-01934-MCE-CKD, to the earlier filed case *California Sportfishing Protection Alliance v. Elder Creek Transfer & Recovery, Inc., Ryan Byrd, and Tony Cincotta*, Case No. 2:19-cv-01310-TLN-CKD; and order the Clerk's Office to reassign the complaint in *California Sportfishing Protection Alliance v. Elder Creek Transfer & Recovery, Inc.*, Case No. 2:19-cv-01934-MCE-CKD, to the Honorable Troy L. Nunley pursuant to Local Rule 123(d).

Dated: September 24, 2019        Respectfully submitted,
                                 LAW OFFICES OF ANDREW L. PACKARD


                         By:     /s/William N. Carlon
                                 William N. Carlon
                                 Attorneys for Plaintiff
                                 CALIFORNIA SPORTFISHING
                                 PROTECTION ALLIANCE

# ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for Plaintiff California Sportfishing Protection Alliance, the Court finds that the case captioned *California Sportfishing Protection Alliance v. Elder Creek Transfer & Recovery, Inc., Ryan Byrd, and Tony Cincotta*, Case No. 2:19-cv-01310-TLN-CKD, is related to the case of *California Sportfishing Protection Alliance v. Elder Creek Transfer & Recovery, Inc.*, Case No. 2:19-cv-01934-MCE-CKD, within the meaning of Local Rules 123(a)(1) and 123(d).

Based upon this finding and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of *California Sportfishing Protection Alliance v. Elder Creek Transfer & Recovery, Inc.*, Case No. 2:19-cv-01934-MCE-CKD, to the Honorable Troy L. Nunley and that case shall be designated "Case No. 2:19-cv-01934-TLN-CKD"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED.**

Dated: September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE